

# Fourth Court of Appeals
## San Antonio, Texas

May 22, 2014

No. 04-14-00303-CR

Santos **GUEVARA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 5336
Honorable N. Keith Williams, Judge Presiding

# O R D E R

The reporter's record in this appeal was due May 12, 2014, but it was not filed. The court reporter, Cindy E. Huggins, has filed a notice that the record has not been filed because appellant (1) did not request a record until May 5, 2014, and has not identified the date(s) of the proceedings for which a record is sought and (2) appellant has not paid or made arrangements to pay the reporter's fee to prepare the record and is not entitled to the record without paying the fee. See TEX. R. APP. P. 34.6(b), 35.3(b).

We **order** appellant to provide written proof to this court by **June 2, 2014** that (1) he has notified the reporter in writing of the specific proceedings for which a record is requested and (2) either the reporter's fee has been paid or arrangements satisfactory to the reporter have been made to pay the reporter's fee. If appellant contends he is entitled to the record without prepayment of the reporter's fee, he must file by the above date a motion and affidavit establishing his inability to pay. *See* TEX. R. APP. P. 20.2; 34.6(b)(1); 35.3(b).

If appellant fails to satisfactorily respond to this order within the time provided, the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of May, 2014.



Keith E. Hottle
Clerk of Court